# Third District Court of Appeal

## State of Florida

Opinion filed June 17, 2015.

_____

Nos. 3D10-2266, 3D10-2261, 3D10-2260, 3D10-2259
Lower Tribunal Nos. 04-17804 & 14-17806

_____

**Jose Corkidi, et al,**
Appellants,

vs.

**Franco Investments, LLC,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Gill S. Freeman, Judge.

DuBosar Navon and Howard D. DuBosar and Robert C. Sheres (Boca Raton), for appellant Jacques Aghion; O.M. Amir (Deerfield Beach); Richard Burton and Richard Solnick; Beverly A. Pohl (Ft. Lauderdale), for appellants.

Zarco Einhron Salkowski & Brito and Alejandro Brito and Leon F. Hirzel and Roberto Zarco, for appellee.

Before SHEPHERD, C.J., and WELLS and SUAREZ, JJ.

PER CURIAM.

ON MOTION FOR REHEARING

Denied.

WELLS and SUAREZ, JJ., concurring.

SHEPHERD, J., concurring.

I concur in the denial of Jacques Aghion's motion for rehearing from this court's opinion issued March 25, 2015, for the reasons set forth in my dissent in an earlier opinion of this Court, issued July 18, 2012. Final Judgment was entered against Mr. Aghion on June 18, 2010, some five years ago. The filings by his counsel in this Court alone now exceed the number of pages contained in the Affordable Care Act, 42 U.S.C.A. §§ 18001, et seq. If necessary to end this saga, the trial court should re-issue the Final Judgment against Mr. Aghion forthwith. Enough is enough.